Dismissed and Memorandum Opinion filed February 5, 2009








Dismissed
and Memorandum Opinion filed February 5, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00597-CV

____________

 

LEE ROGER SIMPSON, JR., Appellant

 

V.

 

JUDGE ROBERT M. STEM, Appellee

 

 



 

On Appeal from the 82nd District Court

Falls County, Texas

Trial Court Cause No. 36818

 



 

M E M O R
A N D U M   O P I N I O N








This is
an appeal from a judgment signed June 12, 2008.  The clerk=s record was filed on September 10,
2008.  No reporter=s record has been filed in this case.   The official court
reporter for the 82nd District Court informed this Court that appellant had not
made arrangements for payment for the reporter=s record.  On November 5, 2008, the
clerk of this court notified appellant that we would consider and decide those
issues that do not require a reporter=s record unless appellant, within 15
days of notice, provided this court with proof of payment for the record.  See
Tex. R. App. P. 37.3(c). 
Appellant filed no reply. 

On
December 11, 2008, we ordered appellant to file a brief in this appeal on or
before January 12, 2009, or the Court would dismiss the appeal for want of
prosecution.  Appellant filed no response.  No brief was filed.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Frost, Brown, and Boyce.